IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRIAN CAMERON HUCKABY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-78

_____/

Opinion filed August 25, 2017.

An appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

Andy Thomas, Public Defender, and Joanna A. Mauer, Assistant Public Defender,
for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney
General, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and WINSOR, JJ., CONCUR.